IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

WALTER VELASQUEZ GUILLEN,

      Petitioner,

v.

                                        Civil Action No. 2:26-cv-15

WARDEN, FARMVILLE DETENTION
CENTER, *et al*.,

      Respondents.

## <u>FINAL ORDER</u>

This matter is before the Court on the *pro se* 28 U.S.C. § 2241 petition filed on January 8, 2026, on behalf of petitioner Walter Velasquez Guillen ("Guillen"), previously a detainee of United States Immigration and Customs Enforcement ("ICE"), seeking release from immigration detention or a bond hearing. Dkt. No. 1.

The petition was referred to a United States Magistrate Judge for report and recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(A) and (B) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia. Dkt. No. 3. The Magistrate Judge's Report and Recommendation filed March 11, 2026, recommends that the petition for a writ of habeas corpus be denied and dismissed without prejudice for lack of jurisdiction due to Guillen's removal from the United States on December 22, 2025. Dkt. No. 11. The parties were advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge, *id.* at 3–4, and no objections have been filed.

The Court, having reviewed the record, does hereby accept the findings and recommendations set forth in the Report and Recommendation, and it is therefore **ORDERED**

that the petition for a writ of habeas corpus, Dkt. No. 1, is **DENIED** and **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

Guillen may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of this Court, United State Courthouse, 600 Granby Street, Norfolk, Virginia, 23510, within sixty (60) days from the date of entry of such judgment.

The Clerk is **DIRECTED** to forward a copy of this Final Order to Guillen's last known address and to counsel of record for Respondents.

It is SO ORDERED.

/s/

Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: April 20, 2026

2